# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bade, Bridget S. | 2. Court or Organization<br><br>U.S. District Court, Arizona | 3. Date of Report<br><br>05/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 321
Phoenix, Arizona 85003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | T&B Trust (family revocable trust) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-Employed Attorney - _____ (1/1/17-12/31/17) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | (H) ACCOUNTS | | | | | | | | | |
| 2. | Arizona Central Credit Union | A | Int./Div. | L | T | | | | | |
| 3. | (H) BSB ROTH IRA - BAIRD | | | | | | | | | |
| 4. | Aim Invesco Cocmstock | A | Dividend | J | T | | | | | |
| 5. | | A | Distribution | | | | | | | |
| 6. | MFS Limited Maturity | A | Dividend | J | T | | | | | |
| 7. | (H) ▮▮▮ ROTH IRA - BAIRD | | | | | | | | | |
| 8. | Davis NY Venture | A | Dividend | J | T | | | | | |
| 9. | | A | Distribution | | | | | | | |
| 10. | MFS Limited Maturity | A | Dividend | J | T | | | | | |
| 11. | (H) ▮▮▮ COVERDELL ESA - BAIRD | | | | | | | | | |
| 12. | Davis NY Venture | A | Dividend | K | T | Buy (add'l) | 12/14/17 | J | | |
| 13. | | B | Distribution | | | | | | | |
| 14. | (H) ▮▮▮ COVERDELL ESA - BAIRD - closed account on 08/04/17 | | | | | Closed | 08/04/17 | J | | |
| 15. | Davis NY Venture | A | Dividend | | | Sold | 08/04/17 | J | B | |
| 16. | | A | Distribution | | | | | | | |
| 17. | (H) BSB ROLLOVER IRA - BAIRD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baird Money Market | A | Interest | J | T | | | | | |
| 19. C common stock (X) | A | Dividend | J | T | | | | | |
| 20. ESRX common stock | | None | J | T | | | | | |
| 21. GE common stock | A | Dividend | J | T | | | | | |
| 22. HD common stock | A | Dividend | K | T | | | | | |
| 23. MRK common stock | A | Dividend | J | T | | | | | |
| 24. MSFT common stock | A | Dividend | K | T | | | | | |
| 25. PG common stock | A | Dividend | J | T | | | | | |
| 26. XCEL common stock | A | Dividend | K | T | | | | | |
| 27. (H) ▉ ROLLOVER IRA - BAIRD | | | | | | | | | |
| 28. Baird Money Market | A | Interest | J | T | | | | | |
| 29. MO common stock | A | Dividend | K | T | | | | | |
| 30. BAC common stock | A | Dividend | J | T | | | | | |
| 31. C common stock | A | Dividend | J | T | | | | | |
| 32. CSCO common stock | A | Dividend | J | T | | | | | |
| 33. COP common stock | A | Dividend | K | T | | | | | |
| 34. GE common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INTC common stock | A | Dividend | J | T | | | | | |
| 36. JPM common stock | A | Dividend | J | T | | | | | |
| 37. JNJ common stock | A | Dividend | K | T | | | | | |
| 38. KHC common stock | A | Dividend | J | T | | | | | |
| 39. MRK common stock | A | Dividend | J | T | | | | | |
| 40. MSFT common stock | A | Dividend | J | T | | | | | |
| 41. MDLZ common stock | A | Dividend | J | T | | | | | |
| 42. PM common stock | A | Dividend | K | T | | | | | |
| 43. PFE common stock | A | Dividend | J | T | | | | | |
| 44. PSX common stock | A | Dividend | J | T | | | | | |
| 45. DBO Powershares DB Multi Sector Commodity Trust Oil Fund | | None | J | T | | | | | |
| 46. XCEL common stock | A | Dividend | J | T | | | | | |
| 47. IShares S&P 500 Index Fund (Blackrock S&P 500 Index Fund renamed 6/17) | A | Dividend | K | T | | | | | |
| 48. | A | Distribution | | | | | | | |
| 49. (H) ▓ ROLLOVER IRA - BEACON POINTE | | | | | | | | | |
| 50. TDAM US Government Portfolio | A | Int./Div. | J | T | | | | | |
| 51. iShares Russell 1000 Index Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cullen Value Fd Hi Dvd Fd | A | Int./Div. | K | T | Buy (add'l) | 01/12/17 | J | | |
| 53. | C | Distribution | | | | | | | |
| 54. First Eagle Sogen Fds Inc Global | A | Int./Div. | L | T | | | | | |
| 55. | B | Distribution | | | | | | | |
| 56. Northern Lights Swan Defined Risk | A | Int./Div. | K | T | | | | | |
| 57. GE common stock | A | Dividend | J | T | | | | | |
| 58. GS common stock | A | Dividend | J | T | | | | | |
| 59. BlackRock Strategic Income Opps Inv | A | Int./Div. | K | T | | | | | |
| 60. Diamond Hill Small Cap | A | Int./Div. | J | T | | | | | |
| 61. | A | Distribution | | | | | | | |
| 62. Rbb Bb L/S Research Inv | | None | J | T | | | | | |
| 63. (H)▭ & ▭ JT TEN - BEACON POINTE | | | | | | | | | |
| 64. TDAM Municpal Portfolio | A | Int./Div. | J | T | | | | | |
| 65. First Eagle Sogen Fds Inc Global | A | Int./Div. | K | T | Buy (add'l) | 06/21/17 | J | | |
| 66. | A | Distribution | | | | | | | |
| 67. Northern Lights Swan Defined Risk | A | Int./Div. | K | T | | | | | |
| 68. Riverpark Wedgewood Institutional | | None | | | Sold | 09/15/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bade, Bridget S. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Diamond Hill Small Cap | A | Int./Div. | J | T | Buy (add'l) | 01/12/17 | J | | |
| 70. | A | Distribution | | | | | | | |
| 71. BAC common stock | A | Dividend | J | T | | | | | |
| 72. American Funds Europacific Growth | A | Int./Div. | K | T | Buy | 09/15/17 | K | | |
| 73. | A | Distribution | | | | | | | |
| 74. (H) ROLLOVER IRA - BEACON POINTE | | | | | | | | | |
| 75. TDAM Municipal Portfolio | A | Int./Div. | J | T | | | | | |
| 76. GS common stock | A | Dividend | J | T | | | | | |
| 77. Riverpark Wedgewood Institutional | A | Int./Div. | | | Sold | 09/15/17 | J | C | |
| 78. Diamond Hill Small Cap | A | Int./Div. | K | T | | | | | |
| 79. | B | Distribution | | | | | | | |
| 80. BlackRock Strategic Income Opps Inv | A | Int./Div. | K | T | | | | | |
| 81. Metropolitan West Total Return Bond | A | Int./Div. | K | T | | | | | |
| 82. FPA Crescent Portfolio | A | Int./Div. | J | T | Buy (add'l) | 03/16/17 | J | | |
| 83. | A | Distribution | | | | | | | |
| 84. Northern Lights Swan Defined Risk | A | Int./Div. | K | T | | | | | |
| 85. Rbb Bp L/S Research Inv | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Oppenheimer Developing Markets Fund | A | Int./Div. | K | T | | | | | |
| 87. Cullen High Dividend Equity Fund | A | Int./Div. | K | T | Buy | 10/31/17 | K | | |
| 88. | B | Distribution | | | | | | | |
| 89. First Eagle Global Fund | | None | J | T | Buy | 12/28/17 | J | | |
| 90. (H) ▓ ROLLOVER IRA - BEACON POINTE - SARATOGA VALUE | | | | | | | | | |
| 91. TDAM Municipal Portfolio Cl A | A | Int./Div. | L | T | | | | | |
| 92. MMM common stock | A | Dividend | J | T | Sold (part) | 06/06/17 | J | B | |
| 93. AAPL common stock | A | Dividend | J | T | | | | | |
| 94. ACN common stock | A | Dividend | J | T | | | | | |
| 95. BDX common stock | A | Dividend | J | T | Sold (part) | 04/27/17 | J | B | |
| 96. BRK B common stock | A | Dividend | J | T | | | | | |
| 97. BIIB common stock | | None | J | T | | | | | |
| 98. CHRW common stock | A | Dividend | J | T | | | | | |
| 99. CTSH common stock | | None | J | T | | | | | |
| 100. CSCO common stock | A | Dividend | J | T | | | | | |
| 101. TPR common stock (formerly COH - name change on 10/31/17) | A | Dividend | J | T | | | | | |
| 102. KO common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IBM common stock | A | Dividend | J | T | | | | | |
| 104. JNJ common stock | A | Dividend | J | T | | | | | |
| 105. MDT common stock | A | Dividend | J | T | | | | | |
| 106. MSFT common stock | A | Dividend | J | T | Sold (part) | 10/27/17 | J | B | |
| 107. NKE common stock | A | Dividend | J | T | | | | | |
| 108. NVO common stock | A | Dividend | J | T | | | | | |
| 109. OMC common stock | A | Dividend | J | T | | | | | |
| 110. ORCL common stock | A | Dividend | J | T | | | | | |
| 111. PEP common stock | A | Dividend | J | T | | | | | |
| 112. PII common stock | A | Dividend | J | T | | | | | |
| 113. PG common stock | A | Dividend | J | T | | | | | |
| 114. TSS common stock | A | Dividend | J | T | | | | | |
| 115. UTX common stock | A | Dividend | J | T | | | | | |
| 116. VAR common stock | A | Dividend | J | T | | | | | |
| 117. WMT common stock | A | Dividend | J | T | | | | | |
| 118. DIS common stock | A | Dividend | J | T | Buy | 08/29/17 | J | | |
| 119. (H) LIFE INSURANCE POLICIES | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 121. Northwestern Mutual Adjustable CompLife | A | Dividend | J | T | | | | | |
| 122. Northwestern Muutal Adjustable CompLife | A | Dividend | J | T | | | | | |
| 123. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 124. Northwestern Mutual 65 Life | A | Dividend | J | T | | | | | |
| 125. (H) OFFICE CONDO | | | | | | | | | |
| 126. TBM2 Investments LLC - office condo in Tempe, AZ | E | Rent | N | U | | | | | |
| 127. (H) TBM2 PROMISSORY NOTE (X) | | | | | | | | | |
| 128. Promissory Note from TBM2 Investments LLC | E | Interest | N | T | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions. The judge is the co-trustee of the T&B Trust, which is a revocable trust for the benefit of the judge, her spouse and her family. The assets held in the name of the T&B Trust are the judge's personal residence and the interests in TBM2 Investments LLC. The residence does not have to be reported in Part VII, and the assets of TBM2 Investments LLC are reported in Part VII, lines 125-26.

Part VII. Office condo. The membership interests in TBM2 Investments LLC are owned equally by the judge and her spouse through their revocable trust, T&B Trust. The judge's spouse is the manager of the LLC.

Part VII. TBM2 Promissory Note. This promissory note has not been previously reported. The loan to TBM2 Investments LLC was made on March 31, 2014 in connection with the LLC's purchase of the office condo. TBM2 Investments LLC makes loan payments, consisting of principal and interest, to the judge and her spouse. As noted abouve, TBM2 Investments is owned equally by the judge and her spouse through their revocable trust. Prior reports did not include this note because it was believed that it was not reportable as the interest payments to the judge and her spouse come from an entity wholly owned by the judge and her spouse (which can be classifed as a disregarded entity for income tax purposes). In the interest of dissclosure, it is inlcuded on this report. If prior reports must be amended, the judge will do so.

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/08/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bridget S. Bade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544